# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

AARON RUBENSTEIN,

    Plaintiff,

v.

E.W. SCRIPPS CO.,

    Nominal Defendant,

and

GAMCO ASSET MANAGEMENT INC.,

    Defendant.

No. 1:20-CV-00094-MWM

Judge Matthew W. McFarland

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED, by and between the named parties to this action, through their undersigned counsel, that the above-captioned action is hereby voluntarily dismissed by Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own costs.

Dated: June 3, 2020

_____
Fordham E. Huffman
FISHER BROYLES LLP
30628 Detroit Rd. #269I
Westlake OH 44145
(614) 371-8085
Fordham.Huffman@FisherBroyles.com

_____
David Lopez (*pro hac vice*)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Rd. | PO Box 323
Southampton NY 11968
(631) 287-5520
DavidLopezEsq@aol.com

_____
Miriam Tauber (*pro hac vice*)
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A
New York NY 10075
(323) 790-488
MiriamTauberLaw@gmail.com

*Attorneys for Plaintiff Aaron Rubenstein*
**(SIGNATURES CONTINUE ON FOLLOWING PAGE)**

1

_(signature)_

Felix Maximilian Czernin
SQUIRE PATTON BOGGS (US) LLP
201 E. 4th St. #1900
Cincinnati OH 45202
(216) 479-8500
Email: Max.Czernin@SquirePB.com

_(signature)_

Miranda Schiller (*pro hac vice* pending)
Jennifer Lau (*pro hac vice* pending)
WEIL, GOTSHAL & MANGES LLP
767 5th Ave.
New York NY 10153
(212) 310-8000
Miranda.Schiller@Weil.com
Jennifer.Lau@Weil.com

***Attorneys for Nominal Defendant E.W. Scripps Co.***

*Russell S. Sayre*

Russel Sayre
TAFT STETTINUS & HOLLLISTER
425 Walnut St. #1800
Cincinnati OH 45202
(513) 357-9304

_(signature)_

Mark J. Hyland (*pro hac vice*)
Noah S. Czarny (*pro hac vice*)
SEWARD & KISSEL LLP
1 Battery Park Plaza
New York NY 10004
(212) 574-1642
Hyland@sewkis.com
Czarny@sewkis.com

***Attorneys for Defendant GAMCO Asset Management Inc.***